# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 9076 QUARRYSTONE,

Appellant,

vs.

MARYLAND PEBBLE AT SILVERADO HOMEOWNERS ASSOCIATION; AND ATC ASSESSMENT COLLECTION GROUP, LLC,

Respondents.

No. 79929

FILED

MAR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect. It appeared that appellant's claims against respondent ATC Assessment Collection Group, LLC, remained pending in the district court. It thus appeared that the district court has not entered a final judgment appealable under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). Accordingly, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant does not dispute that jurisdictional issues exist as stated in this court's order. Respondent Maryland Pebble at Silverado Homeowners Association agrees that claims remain pending against ATC and requests that this court dismiss this appeal. Under these circumstances, it appears claims remain pending against ATC in the

20-10224

district court and the district court has not yet entered a final judgment appealable under NRAP 3A(b)(1). As no other statute or court rule appears to authorize an appeal from the challenged order, it appears that this court lacks jurisdiction *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Adriana Escobar, District Judge
       Roger P. Croteau & Associates, Ltd.
       Boyack Orme & Anthony
       Eighth District Court Clerk